*E-FILED - 11/10/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. CRUM,<br><br>        Petitioner,<br><br>    v.<br><br>MIKE KNOWLES, Warden,<br><br>        Respondent.<br>_____/ | No. C 08-05339 RMW (PR)<br><br>ORDER GRANTING PETITIONER'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(Docket No. 14) |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 19, 2009, petitioner filed an ex parte application for extension of time to file his traverse. On April 8, 2009, petitioner filed his traverse with the court. Good cause being shown, petitioner's ex parte application for an extension of time is GRANTED. Petitioner's traverse is deemed timely filed.

This order terminates docket no. 14.

IT IS SO ORDERED.

DATED: 11/6/09

RONALD M. WHYTE
United States District Judge

Order Granting Petitioner's ex Parte Application for Extension of Time to File Traverse
P:\PRO-SE\SJ.Rmw\HC.08\Crum339.EOT-Traverse.wpd