*E-FILED - 3/24/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. CRUM,<br>　　　　　Petitioner,<br>　v.<br>MIKE KNOWLES, Warden<br>　　　　　Respondent. | No. C 08-5339 RMW (PR)<br><br>ORDER OF DISMISSAL |

　　　　Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 10, 2009, the court granted petitioner's motion for an extension of time to file a travers to respondent's answer to show cause.  On December 1, 2009, mail sent to petitioner by the court was returned to the clerk of the court with a notation that it was undeliverable because petitioner was no longer in custody.  As of the date of this order, petitioner has not updated his address with the court or submitted any further communication in this case.

　　　　Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.  See L.R. 3-11(a).  The court may, without prejudice, dismiss a case when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address.  See L.R. 3-11(b).  More than sixty days have passed since the mail sent

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.08\Crum339dis311.wpd

to petitioner by the court was returned as undeliverable. The court has not received any notice from petitioner updating his address. Accordingly, the instant complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The clerk of the court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: 3/23/10

RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.08\Crum339dis311.wpd         2