*E-FILED - 3/24/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. CRUM,<br><br>   Petitioner,<br><br> vs.<br><br>MIKE KNOWLES, Warden<br><br>   Respondent. | No. C 08-5339 RMW (PR)<br><br>JUDGMENT |

  The court has dismissed the instant action without prejudice for petitioner's failure to provide the court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The clerk of the court shall close the file.

  IT IS SO ORDERED.

Dated: 3/23/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Crum339jud.wpd